IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK ENGLES[1], | § | |
| | § | |
| Respondent Below, | § | No. 99, 2018 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| PRICILLA ENGLES, | § | |
| | § | File No. CN 16-01233 |
| Petitioner Below, | § | Petition Nos. 16-02415 and |
| Appellee. | § | 16-37380 |

Submitted: October 24, 2018
Decided: November 7, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 7th day of November, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its November 9, 2017 letter decision and order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).